PHILLIPS et al. v. HEAD. (Circuit Court of Appeals, Eighth Circuit. April 2, 1904.) No. 2,037. In Error to the Circuit Court of the United States for the Western District of Arkansas. W. H. Arnold, Thomas C. McRae, and W. V. Tompkins, for plaintiffs in error. Oscar D. Scott and James D. Head, for defendant in error. Dismissed, with costs, pursuant to the stipulation of the parties. See 114 Fed. 489.

---

TAYLOR et al. v. SOUTHERN PAC. CO. et al. (Circuit Court of Appeals, Sixth Circuit. October 6, 1903.) No. 1,216. Appeal from the Circuit Court of the United States for the Western District of Kentucky. J. B. Foraker, Edward Lauterbach, Eugene Treadwell, and Augustus E. Willson, for appellants. Humphrey, Burnett & Humphrey, Lawrence Maxwell, Jr., and Maxwell Evarts, for appellees. Dismissed by agreement. See 122 Fed. 147.

---

THOMAS, Collector, v. HEMPSTEAD. (Circuit Court of Appeals, Third Circuit. March 8, 1904.) No. 13. Appeal from the Circuit Court of the United States for the Eastern District of Pennsylvania.

PER CURIAM. This cause came on to be heard on the transcript of record from the Circuit Court of the United States for the Eastern District of Pennsylvania. On motion of counsel for appellant, it is now here ordered, adjudged, and decreed by this court that the appeal from the said Circuit Court in this cause be, and the same is hereby, dismissed. See 122 Fed. 752.

---

TONOPAH & S. L. MIN. CO. v. TONOPAH MIN. CO. OF NEVADA. (Circuit Court of Appeals, Ninth Circuit. May 16, 1904.) Nos. 1,075–1077. Appeal from the Circuit Court of the United States for the District of Nevada. Ket Pittman & Dickson and Ellis & Ellis, for appellant. J. C. Campbell, K. M. Jackson, W. H. Metson, and Campbell, Metson & Campbell, for appellee. Motion to dismiss argued by J. C. Campbell, counsel for the appellee, no one appearing for the appellant, and submitted. Motion granted, and appeal dismissed, with costs. See 125 Fed. 389, 400, 408.